ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :

      - v. -              :     **NOTICE OF INTENT TO**
                                 **FILE AN INFORMATION**
MICHAEL HERSHKOWITZ,           :

          Defendant.   :     07 Maj. 1325

- - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        November 20, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                  By: _____
                      Harry A. Chernoff
                      Assistant United States Attorney

                AGREED AND CONSENTED TO:

                  By: _____
                      Benjamin Brafman, Esq.
                      Karen E. Newirth, Esq.
                      Attorneys for MICHAEL HERSHKOWITZ

11/21/07   WHEEL A