AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

## APPEARANCE

UNITED STATES v. MICHAEL HERSHKOWITZ        Case Number: 07 CR 1071

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
MICHAEL HERSHKOWITZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/10/2007 | *[signature]* |
| Date | Signature |
| | BENJAMIN BRAFMAN                2285 |
| | Print Name                Bar Number |
| | 767 THIRD AVENUE, 26TH FLOOR |
| | Address |
| | NEW YORK    NY    10017 |
| | City    State    Zip Code |
| | (212) 750-7800        (212) 750-3906 |
| | Phone Number        Fax Number |