AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  NEW YORK

**APPEARANCE**

UNITED STATES v. MICHAEL HERSHKOWITZ          Case Number: 07 CR 1071

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL HERSHKOWITZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/2/2008 | *(signature)* |
| Date | Signature |
| | KAREN A. NEWIRTH                    4515 |
| | Print Name                          Bar Number |
| | BRAFMAN & ASSOCIATES, 767 THIRD AVE., 26TH FL |
| | Address |
| | NEW YORK        NY        10017 |
| | City            State     Zip Code |
| | (212) 750-7800           (212) 750-3906 |
| | Phone Number            Fax Number |