```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MICHAEL HERSHKOWITZ,

    Defendant.

------------------------------------------------------------x

07 CR 1071 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by defense counsel, the conference previously scheduled for March 12, 2008 is adjourned until April 15, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties time to consider the terms of the disposition of this matter. Accordingly, the time between today and April 15, 2008 is excluded

    SO ORDERED.

                                                 P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       March 12, 2008