**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**MEMO ENDORSED**

BENJAMIN BRAFMAN

ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y. AND N.J.

MARK M. BAKER
OF COUNSEL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

March 20, 2008

**VIA ECF and FACSIMILE (212) 805-7949**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Hershkowitz</u>
 07-CR-1071 (PKC)

Dear Judge Castel:

We represent the defendant Michael Hershkowitz in the above-captioned case. We write to request a temporary change in Mr. Hershkowitz's bail conditions to permit him to travel to New Jersey tomorrow, March 21, 2008, returning to New York in the afternoon, in order to attend a religious celebration at the home of his rabbi. We apologize for the late notice, but the invitation was only recently extended to Mr. Hershkowitz. We have spoken with Assistant United States Attorney Harry Chernoff who does not object to this request.

Thank you for Your Honor's consideration of this matter.

Very truly yours,

*Karen Newirth*
Karen A. Newirth

*[Handwritten endorsement: Bail modified to permit travel to New Jersey and return to New York on March 21, 2008. SO ORDERED. /s/ P. Kevin Castel USDJ 3-20-08]*