**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

BENJAMIN BRAFMAN

ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y. AND N.J.

MARK M. BAKER
OF COUNSEL

July 1, 2008

VIA FACSIMILE ((212) 805-7949)
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted for one time trip to New Jersey on July 2, 2008.*

Re: **United States v. Hershkowitz, et al.** 07-CR-1071 (PKC)

Dear Judge Castel:

As you know, we represent Michael Hershkowitz in the above-captioned matter. We write to request that Mr. Hershkowitz's bail conditions be temporarily modified to allow him to travel to New Jersey on July 2, 2008 returning that day to attend to a family obligation. Assistant United States Attorney Harry Chernoff has consented to this request, as has Mr. Hershkowitz's pre-trial services officer, Joshua Rothman.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

*SO ORDERED*
USDJ
7-1-08

Very truly yours,

Karen A. Newirth

cc: AUSA Harry Chernoff (via e-mail)
U.S. Probation Officer Joshua Rothman (via facsimile)