```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MICHAEL HERSHKOWITZ,

    Defendant.

-----------------------------------------------------------x

07 CR 1071 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by defense counsel, the conference previously scheduled for August 6, 2008 is adjourned until September 24, 2008 at 3:00 p.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue plea negotiations. Accordingly, the time between today and September 24, 2008 is excluded.

    SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
         August 6, 2008